# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VERNON COX

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2019 CW 1009

**AUGUST 1, 2019**

---

In Re:    Vernon Cox, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 663750.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** The June 11, 2019 judgment dismissing relator's petition for judicial review with prejudice is a final appealable judgment. See La. R.S. 15:1177(A)(10). An appeal of a final judgment is taken by filing a motion for appeal in the district court, along with an order for the judge's signature showing the return date of the appeal, within the delays set out in La. Code Civ. P. art. 2087. Filing documents directly with this court does not suspend the running of the appeal delays. **Strickland v. Layrisson**, 96-1280 (La. App. 1st Cir. 6/20/97), 696 So.2d 621, 624, writ denied, 97-1940 (La. 11/14/97), 704 So.2d 228. This court expresses no opinion as to the timeliness of such an appeal.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT